

November 10, 2022

**VIA ECF**
Honorable Paul G. Gardephe
United States District Judge
40 Foley Square
New York, New York 10007

        Re: *United States v. Fabiola Mompoint*
           Ind. # 22 Cr. 514 (PGG)

Dear Judge Gardaphe:

    Ms. Mompoint is restricted to the SDNY, EDNY and the DNJ pursuant to her bail conditions. She is respectfully requesting permission to visit with her boyfriend on November 20, 2022. Her boyfriend is an inmate in the Coxsackie Correctional Facility, which is in the NDNY. Her intention is to do the traveling in the same day.

    Pre-Trial Services (PTS) has no objection, and the government defers to PTS

    Thank you for your consideration.

                              Respectfully submitted,

                              SULLIVAN | BRILL, LLP

                              By: Steven Brill, Esq.

                              MEMO ENDORSED

                              The Application is granted.

                              SO ORDERED:

                              Paul G. Gardephe, U.S.D.J.

                              Dated: Nov 14, 2022