UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                    :
UNITED STATES OF AMERICA
                                    :        1:22-CR-00514

     -against-                      :             ORDER
                                    :
 Fabiola Mompoint                   :
                                    :
     Defendant                      :
-----------------------------------X


Paul G. Gardephe, United States District Judge:

Upon the report of Pretrial Services, it is hereby ORDERED that

the defendant's bail be modified to include the conditions of

substance abuse testing & treatment, and mental health assessment

& treatment under the guidance of Pretrial Services.


        Dated: New York, New York

             April  13 , 2023


                          SO ORDERED:

                          _____
                          Paul G. Gardephe
                          United States District Judge