UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>FABIOLA MOMPOINT,<br><br>Defendant. | **ORDER**<br><br>22 Cr. 514 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The Court will conduct a change of plea hearing in this matter on **May 16, 2022, at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
May 15, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge