

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

August 26, 2023

**VIA ECF**
Honorable Paul G. Gardephe
United States District Judge
40 Foley Square
New York, New York 10007

Re: *United States v. Fabiola Mompoint*
Ind. # 22 Cr. 514 (PGG)

Dear Judge Gardaphe:

Ms. Mompoint is scheduled for sentencing on September 14, 2023. Given trial schedules, and the fact that Ms. Mompoint has recently checked herself into an in-patient alcohol program, I am seeking an adjournment until November 7th or 8th, 2023.

The government has no objection.

Thank you for your consideration.

Respectfully submitted,

SULLIVAN | BRILL, LLP

By: Steven Brill, Esq.

**MEMO ENDORSED:** Sentencing is adjourned to November 8, 2023. Defendant's sentencing submission is due by October 23, 2023, and the Government's submission is due by October 30, 2023.

SO ORDERED.

Paul G. Gardephe
United States District Judge
Date: September 6, 2023