```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :    1:22-cr-00514-PGG-7
      -against-                      :    ORDER
                                     :
Fabiola Mompoint                     :
                                     :
         Defendant                   :
                                     :
-------------------------------------X
```

Paul G. Gardephe, United States District Judge:

It is hereby ORDERED that the defendant, Fabiola Mompoint participate and successfully complete 33 days of detoxification and rehabilitation services at Turning Point located at 680 Broadway Paterson, NJ 07514 beginning on 9/11/2023.

Dated: New York, New York
September 14, 2023

SO ORDERED:

_____
Paul G. Gardephe
United States District Judge