UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | **ORDER** |
| FABIOLA MOMPOINT, | 22 Cr. 514 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

        As discussed today in open court, Defendant will attend a 33-day in-patient alcohol detoxification and rehabilitation program at Turning Point located at 680 Broadway Paterson, New Jersey beginning tomorrow, **September 22, 2023**.  Within 24 hours of completing the program, Defendant will report to her pretrial services officer in the District of New Jersey.

        All other conditions of Defendant's release remain in place.

Dated: New York, New York
       September 21, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge