

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

December 20, 2023

**VIA ECF**
Honorable Paul G. Gardephe
United States District Judge
40 Foley Square
New York, New York 10007

Re: *United States v. Fabiola Mompoint*
Ind. # 22 Cr. 514 (PGG)

Dear Judge Gardephe:

Ms. Mompoint is scheduled for sentencing on January 10, 2023. With the government's consent and for the following reasons, I am respectfully requesting an adjournment until the week of February 12, 2024. I anticipate that this will be my last request for an adjournment.

Since September, Ms. Mompoint has been on a positive trajectory on three tracks. First, she continues to attend and progress in an outpatient alcohol and drug program at "C-Line Community Outreach Center" in New Jersey. She attends group meetings for three hours twice per week, and one-on-one therapy every Friday for three hours. She provides urine twice per week, and Ms. Mompoint assures me that she has abstained from all substances.

Second, Ms. Mompoint works four days per week at the Macy's Fulfillment Center where she handles the preparation for any on-line orders that require delivery.

Lastly, Ms. Mompoint has successfully completed her phlebotomy externship and has been told that she has been offered a job with LabCorp, drawing blood, three days per week.

I understand the Court cannot adjourn her sentencing indefinitely, but given her broad success and real progress, I am seeking to extend her sentencing one more time to give her time to continue on this path before the times come for her to face sentencing.

Thank you for your consideration.

Respectfully submitted,

SULLIVAN | BRILL, LLP

By: Steven Brill, Esq.

**MEMO ENDORSED:** Sentencing in this case is adjourned to **February 16, 2024, at 2:00 p.m.** Defendant's sentencing submission will be due by **January 31, 2024.** The Government's sentencing submission will be due by **February 7, 2024.**

SO ORDERED.

Paul G. Gardephe
United States District Judge
Dated: December 22, 2023