UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

FABIOLA MOMPOINT,

            Defendant.

**ORDER**

22 Cr. 514 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the bail review hearing in this matter is adjourned from February 1, 2024, to **February 8, 2024, at 3:15 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.  The sentencing in this matter is adjourned from February 16, 2024, to **March 8, 2024, at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         January 12, 2024

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge