

**SULLIVAN | BRILL**
TRIAL LAWYERS

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

January 16, 2024

**VIA ECF**
Honorable Paul G. Gardephe
United States District Judge
40 Foley Square
New York, New York 10007

Re: *United States v. Fabiola Mompoint*
Ind. # 22 Cr. 514 (PGG)

Dear Judge Gardephe:

Recently, Pre Trial-Services informed the Court that Ms. Mompoint may have tested positive for alcohol and TCH and requested that the Court schedule a hearing which would "strongly reinforce the importance of the defendant maintaining her sobriety as she approaches sentencing." As a result, Your Honor scheduled a bail hearing for February 8, 2024, and a sentencing hearing for March 8, 2024.

After speaking with the government, it is our joint and respectful request that the Court advance Ms. Mompoint's sentencing hearing to February 12, 2024 (I am out of State on February 8) in lieu of a bail hearing so that all issues can be addressed, and the Court can impose sentence at that time.

Thank you for your consideration.

Respectfully submitted,

SULLIVAN | BRILL, LLP

By: Steven Brill, Esq.

**MEMO ENDORSED**

The bail review will take place on February 12, 2024 at 3:00 p.m. Sentencing will proceed -- as scheduled -- on March 8, 2024 at 2:00 p.m.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

January 17, 2024