UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

FABIOLA MOMPOINT,

Defendant.

**ORDER**

22 Cr. 514 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that a bail review hearing will be held in this matter on **April 3, 2024, at 11:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       March 29, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge