UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **Order** |
| v. | |
| FABIOLA MOMPOINT, | 22 Cr. 514 (PGG) |
| Defendant. | |

WHEREAS on April 3, 2024, the Court issued a warrant for defendant Fabiola Mompoint's arrest following her failure to appear for court that day;

WHEREAS on April 8, 2024, the defendant surrendered to the U.S. Marshals at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York;

IT IS HEREBY ORDERED that the warrant for the defendant's arrest, dated April 3, 2024, be vacated and that she begin serving her sentence with the Bureau of Prisons immediately.

Dated: New York, New York

April 8, 2024

_____
HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK